UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

**Alford Johnson**

    **v.**                                    Civil No. 11-cv-459-PB

**The Capital Offset Company, Inc., et al.**

**ORDER OF RECUSAL**

    I hereby recuse myself from presiding in this case. The case shall be assigned to another judge.

    SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

February 13, 2012

cc:   Jennifer Turco Beaudet, Esq.
      Thomas J. Pappas, Esq.
      Elsabeth D. Foster, Esq.
      Mark W. Shaughnessy, Esq.
      William N. Smart, Esq.
      Arnold Rosenblatt, Esq.