UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Alford Johnson</u>

            v.                    Civil No. 11-cv-459-SM

<u>The Capital Offset Company, Inc., et al.</u>


<u>O R D E R   OF   RECUSAL</u>

I hereby recuse myself from sitting in this case.   The Clerk shall reassign the case in the usual course.

    SO ORDERED.


February 15, 2012

/s/   Steven J. McAuliffe
_____
Steven J. McAuliffe
United States District Judge


cc:   Jennifer Turco Beaudet, Esq.
       Thomas J. Pappas, Esq.
       Elsabeth D. Foster, Esq.
       Mark W. Shaughnessy, Esq.
       William N. Smart, Esq.
       Arnold Rosenblatt, Esq.