UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Alford Johnson

        v.                                                Civil No. 11-cv-459-SM

The Capital Offset Company, Inc., et al.


O R D E R   OF   RECUSAL

I hereby recuse myself from sitting in this case. The Clerk shall reassign the case in the usual course.

SO ORDERED.

February 15, 2012

/s/ Steven J. McAuliffe
_____
Steven J. McAuliffe
United States District Judge

cc:    Jennifer Turco Beaudet, Esq.
        Thomas J. Pappas, Esq.
        Elsabeth D. Foster, Esq.
        Mark W. Shaughnessy, Esq.
        William N. Smart, Esq.
        Arnold Rosenblatt, Esq.